UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Dominick Fazzaro

Case No.: 18-13767
Chapter: 7
Judge: MBK

### NOTICE OF PROPOSED ABANDONMENT

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, U.S.B.J.__ on __June 11, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
64 Oak Street
Keansberg, New Jersey
listed for sale at $103,000.00

Liens on property: PNC Bank, $111,879.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-13767-MBK
Dominick Fazzaro                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 15, 2018
                              Form ID: pdf905          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db             +Dominick Fazzaro,    64 Oak Street,    Keansburg, NJ 07734-1308
517355610      +Boro of Keansburg Tax Collector,    29 Church Street,    Keansburg, NJ 07734-1497
517355611       Capital One,    Bankruptcy Department,    PO Box 30285,    Salt Lake City, UT 84130-0285
517355612      +Fein Such Kahn & Shepard,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517355613      +Keansburg Water & Sewer Dept,    29 Church St,    Keansburg, NJ 07734-1441
517355614      +PNC Bank, N.A.,    PNC Consumer Lending,    Liberty Commons,    Box 747024,
                 Pittsburgh, PA 15274-7024
517355615       PNC Mortgage Corp,    PO Box 1820,    Dayton, OH 45401-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 15 2018 23:23:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2018 23:23:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association
               kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren Brumel    on behalf of Debtor Dominick  Fazzaro wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
                                                                                              TOTAL: 7